IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Dustin L. Hammond, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:22-cv-1610-BHH |
| v. ) | |
| ) | **ORDER** |
| Carmen Hall, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On October 4, 2022, the Court entered an order adopting the Magistrate Judge's Report and summarily dismissing this case for the reasons set forth in the Report. (*See* ECF Nos. 15 and 19.) On November 7, 2022, the Court received a letter from Plaintiff Dustin L. Hammond ("Plaintiff"), who is proceeding pro se, asserting that he lost all of his paperwork since September and would like to continue the case. (ECF No. 22.) The Court construed Plaintiff's letter as a motion to reopen the case.

Here, after review, and in the interest of fairness because it appears that Plaintiff may not have received the Magistrate Judge's Report, the Court will grant Plaintiff's request and vacate its order dated October 4, and the Court will reopen this action to give Plaintiff another chance to properly respond to the Magistrate Judge's Report.

Based on the foregoing, Plaintiff's motion (ECF No. 22) is granted; the Court vacates its order dated October 4, 2022 (ECF No. 19) and judgment dated October 5, 2022 (ECF No. 20); and the Court reopens this matter. The Clerk shall mail to Plaintiff along with a copy of this order another copy of the Magistrate Judge's Report (ECF No. 15), and Plaintiff shall have until January 6, 2023, to file objections to the Magistrate Judge's Report.

**IT IS SO ORDERED.**

                                                /s/Bruce H. Hendricks  
                                                United States District Judge

December 8, 2022  
Charleston, South Carolina